SUMMONS ISSUED

NO SUMMONS ISSUED

Robert J. deBrauwere:  rdebrauwere@pryorcashman.com
Eric D. Dowell:  edowell@pryorcashman.com
PRYOR CASHMAN LLP
7 Times Square
New York, New York  10036-6569
Telephone:  (212) 421-4100
Facsimile:  (212) 326-0806

Attorneys for Plaintiff
UNITED SATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CV12-1169**

-----------------------------------------------------X
                                          :
CARSON OPTICAL, INC.                      :        Civil Action No.
                                          :
                      Plaintiff,          :
                                          :        **COMPLAINT**
        V.                                :
                                          :        JURY TRIAL DEMANDED
HAWK IMPORTERS, INC.                      :
SHYAM BAHETI and RAM BAHETI               :
                                          :        **SPATT, J.**
                                          :
                      Defendants,         :        **BOYLE M.J.**
                                          :
-----------------------------------------------------X

## COMPLAINT

The plaintiff, Carson Optical, Inc., hereby files its complaint against the

defendants, Hawk Importers, Inc., Shyam Baheti and Ram Baheti, as follows:

### PARTIES

1.     The plaintiff, Carson Optical, Inc. ("Carson") is, and at all relevant times

has been, a corporation organized and existing under the laws of the State of New York,

and maintains its principal place of business in Hauppauge, New York.

2.     Carson markets and sells optical products throughout the country

including within this Judicial District.

3. Upon information and belief, Hawk Importers, Inc. ("Hawk") is an Illinois corporation with its principal place of business at 2307 East Artesia Boulevard, Long Beach, California 90805. Upon information and belief, Hawk is engaged in, among other business activities, importing, selling, and distributing optical devices, including magnifiers.

4. Upon information and belief, Shyam Baheti is a California resident operating a business at 2307 East Artesia Boulevard, Long Beach, California 90805. Upon information and belief, Ram Baheti is a California resident operating a business at 2307 East Artesia Boulevard, Long Beach, California 90805. Upon information and belief, Shyam Baheti and Ram Baheti, acting as corporate officers and/or owners of Hawk, or otherwise having control over Hawk, are the masterminds behind the infringing activities described herein, and are responsible for directing the manufacture, distribution, offer for sale and sale of the infringing goods. Hawk, Shyam Baheti and Ram Baheti shall hereinafter be collectively referred to as "Hawk".

## JURISDICTION AND VENUE

5. This is an action for, *inter alia,* violation of the Patent Laws of the United States of America, 35 U.S.C. § 271, et al. and for unfair competition in violation of the Lanham Act of 1946, as amended 15 U.S.C. § 1125(a).

6. The Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1338(a), 1338(b), and 1367(a) and 15 U.S.C. § 1121. Venue is proper within this judicial district pursuant to 28 U.S.C. §§1391(b), 1291(c), and 1400(b).

## THE PLAINTIFFS' INTELLECTUAL PROPERTY RIGHTS

7.      On September 12, 2000, the United States Patent and Trademark Office issued U.S. Patent No. 6,116,729 ("The '729 Patent"). A copy of the '729 Patent is attached hereto as Exhibit A.

8.      Since September 27, 2011, Carson has been the assignee of the '729 Patent.

9.      The exclusive right to market and sell products claimed by the '729 Patent is a valuable business asset of Carson.

10.     Carson's commercial embodiment of the '729 Patent is a product that bears the trademark MAGNIVISOR DELUXE.  An exemplar of the MAGNIVISOR DELUXE is attached hereto as Exhibit B.

11.     On April 10, 2001, the United States Patent and Trademark Office issued U.S. Patent No. 6,215,601 B1 ("The '601 Patent"). A copy of the '601 Patent is attached hereto as Exhibit C.

12.     Since September 27, 2011, Carson has been the assignee of the '601 Patent.

13.     The exclusive right to market and sell products claimed by the '601 Patent is a valuable business asset of Carson.

14.     Carson's commercial embodiment of the '601 Patent is a product that bears the trademark MAGNIVISOR DELUXE.  An exemplar of the MAGNIVISOR DELUXE is attached hereto as Exhibit B.

15.     On December 16, 2003, the United States Patent and Trademark Office issued U.S. Patent No. D483,779 S ("The '779 Patent"). A Copy of the '779 Patent is attached hereto as Exhibit D.

16.     Since September 27, 2011, Carson has been the assignee of the '779 Patent.

17.     The exclusive right to market and sell products claimed by the '779 Patent is a valuable business asset of Carson.

18.     Carson's commercial embodiment of the '779 Patent is a product that bears the trademark MAGNIVISOR DELUXE. An exemplar of the MAGNIVISOR DELUXE is attached hereto as Exhibit B.

19.     On October 16, 2007, the United States Patent and Trademark Office issued U.S. Patent No. 7,281,826 B2 ("The '826 Patent"). A Copy of the '826 Patent is attached hereto as Exhibit E.

20.     Since September 27, 2011, Carson has been the assignee of the '826 Patent.

21.     The exclusive right to market and sell products claimed by the '826 Patent is a valuable business asset of Carson.

22.     Carson's commercial embodiment of the '826 Patent is a product that bears the trademark MAGNIVISOR DELUXE. An exemplar of the MAGNIVISOR DELUXE is attached hereto as Exhibit B.

23.     On April 6, 2010, the United States Patent and Trademark Office issued U.S. Patent No. D613,437 S ("The '437 Patent"). A Copy of the '437 Patent is attached hereto as Exhibit F.

24.     Since August 1, 2011, Carson has been the assignee of the '437 Patent.

25.     The exclusive right to market and sell products claimed by the '437 Patent is a valuable business asset of Carson.

26.     Hawk's infringing embodiment of the '437 Patent is a product that bears Hawk item No. of MG7639.  An exemplar of the MG7639 is attached hereto as Exhibit G.

## THE INFRINGING AND DECEPTIVE ACTS OF THE DEFENDANT

27.     Hawk has imported, offered for sale, and sold a product that infringes the '729 Patent. An exemplar of this infringing product is attached as Exhibit H.

28.     Hawk has also imported offered for sale, and sold a product that infringes the '601 Patent. An exemplar of this infringing product is attached as Exhibit H.

29.     Hawk has also imported offered for sale, and sold a product that infringes the '779 Patent. An exemplar of this infringing product is attached as Exhibit H.

30.     Hawk has also imported offered for sale, and sold a product that infringes the '826 Patent. An exemplar of this infringing product is attached as Exhibit H.

31.     Hawk has also imported offered for sale, and sold a product that infringes the '437 Patent. An exemplar of this infringing product is attached as Exhibit I.

## FIRST COUNT – INFRINGEMENT OF '729 PATENT

32.     Paragraphs 1 through 31 are hereby incorporated by reference as if fully set forth herein.

33.     By its import, marketing, offering for sale and sale of its item No. MG9025, Hawk has infringed and continues to infringe the '729 Patent in violation of 35 U.S.C. § 271(a).

34.     Hawk's infringement was and is willful, purposeful and/or deliberate, and has caused substantial harm to Carson.

35.     Carson has suffered damages in the form of, *inter alia,* a diversion of trade and lost profits.

36.     Carson has been and will continue to suffer irreparable harm, unless Hawk is enjoined by this Court.

37.     This is an exceptional case, entitling the Plaintiff to the recovery of reasonable attorneys' fees and costs in perusing this matter to judgment.

## SECOND COUNT – INFRINGEMENT OF '729 PATENT

38.     Paragraphs 1 through 31 are hereby incorporated by reference as if fully set forth herein.

39.     Hawk's infringing activity was willful, purposeful and/or deliberate, and has caused substantial harm to Carson.

40.     Carson has suffered damages in the form of, *inter alia,* a diversion of trade and lost profits.

41.     Hawk actively induced (and continues to induce) and contributed (and continues to contribute) to the infringement of the '729 Patent in violation of 35 U.S.C. §§ 271(b) and (c) to secure payments on sales to its customers.

42.     This is an exceptional case, entitling the Plaintiff to the recovery of reasonable attorneys; fees and costs in pursuing this matter to judgment.

## THIRD COUNT – INFRINGEMENT OF '601 PATENT

43.     Paragraphs 1 through 31 are hereby incorporated by reference as if fully set forth herein.

44.     By its import, marketing, offering for sale and sale of its item No. MG9025, Hawk has infringed and continues to infringe the '601 Patent in violation of 35 U.S.C. § 271(a).

45.     Hawk's infringement was and is willful, purposeful and/or deliberate, and has caused substantial harm to Carson.

46.     Carson has suffered damages in the form of, *inter alia,* a diversion of trade and lost profits.

47.     Carson has been and will continue to suffer irreparable harm, unless Hawk is enjoined by this Court.

48.     This is an exceptional case, entitling the Plaintiff to the recovery of reasonable attorneys' fees and costs in perusing this matter to judgment.

### FOURTH COUNT – INFRINGEMENT OF '601 PATENT

49.     Paragraphs 1 through 31 are hereby incorporated by reference as if fully set forth herein.

50.     Hawk's infringing activity was willful, purposeful and/or deliberate, and has caused substantial harm to Carson.

51.     Carson has suffered damages in the form of, *inter alia*, a diversion of trade and lost profits.

52.     Hawk actively induced (and continues to induce) and contributed (and continues to contribute) to the infringement of the '601 Patent in violation of 35 U.S.C. §§ 271(b) and (c) to secure payments on sales to its customers.

53.     This is an exceptional case, entitling the Plaintiff to the recovery of reasonable attorneys; fees and costs in pursuing this matter to judgment.

## FIFTH COUNT – INFRINGEMENT OF '779 PATENT

54.     Paragraphs 1 through 31 are hereby incorporated by reference as if fully set forth herein.

55.     By its import, marketing, offering for sale and sale of its item No. MG9025, Hawk has infringed and continues to infringe the '779 Patent in violation of 35 U.S.C. § 271(a).

56.     Hawk's infringement was and is willful, purposeful and/or deliberate, and has caused substantial harm to Carson.

57.     Carson has suffered damages in the form of, *inter alia,* a diversion of trade and lost profits.

58.     Carson has been and will continue to suffer irreparable harm, unless Hawk is enjoined by this Court.

59.     This is an exceptional case, entitling the plaintiffs to the recovery of reasonable attorneys' fees and costs in perusing this matter to judgment.

## SIXTH COUNT – INFRINGEMENT OF '779 PATENT

60.     Paragraphs 1 through 31 are hereby incorporated by reference as if fully set forth herein.

61.     Hawk's infringing activity was willful, purposeful and/or deliberate, and has caused substantial harm to Carson.

62.     Carson has suffered damages in the form of, *inter alia*, a diversion of trade and lost profits.

63.     Hawk actively induced (and continues to induce) and contributed (and continues to contribute) to the infringement of the '779 Patent in violation of 35 U.S.C. §§ 271(b) and (c) to secure payments on sales to its customers.

64.     This is an exceptional case, entitling the Plaintiff to the recovery of reasonable attorneys; fees and costs in pursuing this matter to judgment.

## SEVENTH COUNT – INFRINGEMENT OF '826 PATENT

65.     Paragraphs 1 through 31 are hereby incorporated by reference as if fully set forth herein.

66.     By its import, marketing, offering for sale and sale of its item No. MG9025, Hawk has infringed and continues to infringe the '826 Patent in violation of 35 U.S.C. § 271(a).

67.     Hawk's infringement was and is willful, purposeful and/or deliberate, and has caused substantial harm to Carson.

68.     Carson has suffered damages in the form of, *inter alia,* a diversion of trade and lost profits.

69.     Carson has been and will continue to suffer irreparable harm, unless Hawk is enjoined by this Court.

70.     This is an exceptional case, entitling the plaintiffs to the recovery of reasonable attorneys' fees and costs in perusing this matter to judgment.

## EIGHTH COUNT – INFRINGEMENT OF '826 PATENT

71.     Paragraphs 1 through 31 are hereby incorporated by reference as if fully set forth herein.

72.     Hawk's infringing activity was willful, purposeful and/or deliberate, and has caused substantial harm to Carson.

73.     Carson has suffered damages in the form of, *inter alia*, a diversion of trade and lost profits.

74.     Hawk actively induced (and continues to induce) and contributed (and continues to contribute) to the infringement of the '826 Patent in violation of 35 U.S.C. §§ 271(b) and (c) to secure payments on sales to its customers.

75.     This is an exceptional case, entitling the Plaintiff to the recovery of reasonable attorneys; fees and costs in pursuing this matter to judgment.

## NINTH COUNT – INFRINGEMENT OF '437 PATENT

76.     Paragraphs 1 through 31 are hereby incorporated by reference as if fully set forth herein.

77.     By its import, marketing, offering for sale and sale of its item No. MG7639, Hawk has infringed and continues to infringe the '437 Patent in violation of 35 U.S.C. § 271(a).

78.     Hawk's infringement was and is willful, purposeful and/or deliberate, and has caused substantial harm to Carson.

79.     Carson has been and will continue to suffer irreparable harm, unless Hawk is enjoined by this Court.

80.     This is an exceptional case, entitling the Plaintiff to the recovery of reasonable attorneys' fees and costs in perusing this matter to judgment.

## TENTH COUNT – INFRINGEMENT OF '437 PATENT

81.     Paragraphs 1 through 31 are hereby incorporated by reference as if fully set forth herein.

82.     Hawk's infringing activity was willful, purposeful and/or deliberate, and has caused substantial harm to Carson.

83.     Hawk actively induced (and continues to induce) and contributed (and continues to contribute) to the infringement of the '437 Patent in violation of 35 U.S.C. §§ 271(b) and (c) to secure payments on sales to its customers.

84.     This is an exceptional case, entitling the Plaintiff to the recovery of reasonable attorneys; fees and costs in pursuing this matter to judgment.

## ELEVENTH COUNT – UNFAIR COMPETITION

85.     Paragraphs 1 through 31 are hereby incorporated by reference as if fully set forth herein.

86.     Hawk's acts and conduct, alone and/or in combination, constitute unfair competition under the Lanham Act of 1946, as amended 15 U.S.C . § 1125(a).

87.     Hawk has engaged in acts and/or conduct, alone or in combination, constituting unfair competition by, among other things:

a.      Copying and reproducing Carson's products, including Carson's MAGNIVISOR DELUXE™;

b.      Systematically infringing Carson's intellectual property rights, including the '729 Patent, '601 Patent, '779 Patent, '826 Patent, and '437 Patent, and thereby unfairly competing with Carson; and

88.    Hawk's acts of unfair competition, as detailed above, have damaged and will continue to damage and cause irreparable harm to the business and goodwill of Carson unless restrained by this Court.

89.    Hawk's acts have caused harm and loss to Carson, entitling it to the recovery of damages.

## PRAYER FOR RELIEF

**WHEREFORE,** Carson prays for the following.

1.    An Order enjoining Hawk from importing, marketing, distributing, offering for sale and selling any products that infringe the '729 Patent.

2.    An Order enjoining Hawk from inducing or contributing to the infringement of the '729 Patent.

3.    An Order enjoining Hawk from importing, marketing, distributing, offering for sale and selling any products that infringe the '601 Patent.

4.    An Order enjoining Hawk from inducing or contributing to the infringement of the '601 Patent.

5.    An Order enjoining Hawk from importing, marketing, distributing, offering for sale and selling any products that infringe the '779 Patent.

6.    An Order enjoining Hawk from inducing or contributing to the infringement of the '779 Patent.

7.    An Order enjoining Hawk from importing, marketing, distributing, offering for sale and selling any products that infringe the '826 Patent.

8.      An Order enjoining Hawk from inducing or contributing to the infringement of the '826 Patent.

9.      An Order enjoining Hawk from importing, marketing, distributing, offering for sale and selling any products that infringe the '437 Patent.

10.     An Order enjoining Hawk from inducing or contributing to the infringement of the '437 Patent.

11.     An Order impounding and/or destroying all infringing products.

12.     An award of money damages pursuant to 35 U.S.C. § 284, 35 U.S.C. § 289, and 15 U.S.C. § 1117.

13.     Multiple damages pursuant to 35 U.S.C. § 284 and 15 U.S.C. § 1117.

14.     An award of attorneys' fees and costs pursuant to 35 U.S.C. § 284 and 15 U.S.C. § 1117.

15.     Prejudgment Interest.

16.     Punitive damages.

17.     Costs.

18.     Such other relief as this Court deems just and proper.

## JURY DEMAND

Carson hereby requests a trial by jury of any issue so triable as of right pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

Dated: New York, New York
March 8, 2012

PRYOR CASHMAN LLP

By: _____
Robert J. deBrauwere
Eric D. Dowell
7 Times Square
New York, New York  10036
(212) 421-4100
*Attorneys for Plaintiff*

A

US006116729A

# United States Patent [19]

## Huang

[11]   **Patent Number:      6,116,729**

[45]   **Date of Patent:      Sep. 12, 2000**

[54]   **HEAD MAGNIFYING GLASS**

[75]   Inventor:   **Tsung-Hui Huang**, Tai Pei, Taiwan

[73]   Assignee:   **GEM Optical Co., Ltd.**, Taichung Hsien, Taiwan

[21]   Appl. No.:   **09/376,842**

[22]   Filed:   **Aug. 18, 1999**

[30]      **Foreign Application Priority Data**

Sep. 28, 1998   [CN]   China ................................ 98 2 07452

[51]   **Int. Cl.$^7$** ...................................... **G02C 1/00**

[52]   **U.S. Cl.** .............................. **351/41**; 351/158

[58]   **Field of Search** ................................ 351/41, 158, 57; 2/452, 453

[56]      **References Cited**

U.S. PATENT DOCUMENTS

1,741,264   12/1929   Wappler ..................................... 351/158

| | | | |
|---|---|---|---|
| 3,945,712 | 3/1976 | Crock et al. | 351/41 |
| 5,715,030 | 2/1998 | Quaresima | 351/158 |
| 5,767,932 | 6/1998 | Gordon | 351/158 |

*Primary Examiner*—Huy Mai
*Attorney, Agent, or Firm*—J. C. Patents; Jiawei Huang

[57]      **ABSTRACT**

A modified magnifying glass with more than one clamps built on the bottom of the fixer of head magnifying glass for clamping tenons stretching out from the top of magnifying plate. A pivoting seat is set up on the top of said fixer and a revolving bracket set up on the bottom of illuminating body is pivoted at said pivoting seat. It is convenient for the users to replace magnifying plates of different magnification according to needs and magnifying glass can be turned up to vanish from user's sight while it is not in use. Besides, the angle of depression and the angle of elevation of illuminating body can be adjusted by turning the revolving bracket pivoted in the pivoting seat to allow light directly irradiates in use and practical effect are realized.

**9 Claims, 6 Drawing Sheets**





*Fig. 1*
*PRIOR ART*



Fig·2
PRIOR ART



Fig. 3



*Fig·4*



*Fig · 5*



*Fig. 6*

6,116,729

## 1

### HEAD MAGNIFYING GLASS

#### BACKGROUND OF THE INVENTION

The present invention related to a head magnifying glass, and more particularly a construction of head magnifying glass, wherein magnifying plate can easily be replaced and the angle of illuminating can be adjusted in accordance with the needs of user.

With the quick development of industries in recent years, every industry gradually tends to the practical development of reducing volume and enabling all-round functions of products. Almost any industry such as precise electronic industry, precise mould manufacturing industry, seal carving industry, composing and typing industry, precise spring manufacturing industry, etc, all develop towards said direction without exception. In the manufacturing of these precise industries, workers have to use head magnifying glass to magnify work pieces for easy processing. FIGS. 1 and 2 show a conventional head magnifying glass 10, wherein a slot 201 is carved out in front of fixer 20 and a magnifying glass plate 30 is locked up with its sides seated in the sides of slot 201 to fix said magnifying plate in slot 201. Again, on the inner side of slot 201 is set up a movable plate 40 able to revolve and on said movable plate 40 a magnifying plate 401 is fixed. When said movable plate 40 is turned down, it is buttoned up by buttoning seat 202 on the inner side of slot 201. On the outer side of slot 201 of fixer 20 there is a revolving magnifying plate 50 which, while in use, can be turned down to the front of magnifying plate 30, and when it is not in use, it can be turned up to depart from the front of magnifying plate 30. Moreover, an illuminating body 60 is placed on each side of fixer 20 respectively, and when head magnifying glass is used, by utilizing the three magnifying plates 30, 401 and 50 to adjust magnification and illuminating bodies 60 as supplementary illumination, the magnification of work piece as well as the illumination onto the processing parts of work piece is realized. Although the above-mentioned object can be carried out by such construction, there are shortcomings in use yet as in the following:

1. As magnifying glass plates 30, 401 and 50 are fixed on fixer 20 in different ways, magnification is bound to be the result of the composition of the three and it is unable to replace magnifying glass place in accordance with user's needs. As a result, magnification can only be bound within certain definite magnifications, leading to the limitation of magnification;

2. Furthermore, although magnifying plates 401 and 50 can be turned up and/or down according to user's selection and compose with magnifying plate 30, when the user does not need magnifying plate, his Sight is still blocked by magnifying plate 30 and is still magnified because said magnifying plate 30 is fixed in front of the sight of user. As a result, in order to get his sight depart from the magnifying scope, the user has to take off the whole set of head magnifying glass, and it is sure that this is inconvenient for use.

3. As magnifying plate 30 is locked up at the lateral side of slot 201 of fixer 20, both of its sides will be blocked by the edges of slot 201, the range of sight is thus limited so that the 3-dimentional visual sense of object is worsened.

4. As the illumination of illuminating bodies 60 comes form both sides of fixer 20, its light can not be concentrated into a light beam illuminating upon the processing part of working piece and thus the illumination effect is lowered. Besides, since illuminating bodies 60 are fixed at both sides of fixer 20, they can not be adjusted to turn up and

## 2

down and/or to the left and right so that the illuminating part may not be the required part of user, and the user can not make any adjustment for this, resulting in another difficulty in use.

#### SUMMARY OF THE INVENTION

The major object of the present invention is to provide a modified head magnifying glass to resolve the above-mentioned problem, wherein by utilizing the clamps set up on the bottom of fixer clamping up the tenons on the top of magnifying plate of different magnification. Again, the magnifying plate can be turned up when it is not used for easy selection of the user. Magnifying plate is suspended with clamps, its side edges appear empty without frame so that the wide visual scope is attained and the stereoscopic visual scene is improved as well

The second object of the present invention is to provide a modified head magnifying glass, wherein the clamps on the fixer can clamp up two magnifying plates, one of which being in the front and the other in the rear, therefore the magnification is the composition of both of them and the adjustment of magnification at will is achieved. The other object of the present invention is to provide a modified head magnifying glass, wherein said illuminating body is pivoted at the pivoted seat of fixer by utilizing a revolving bracket made on its bottom so that the angle of depression and/or elevation can be adjusted by turning the revolving bracket. At the same time, by utilizing the pivoting connection between the illuminating body and the revolving bracket, the illuminating body can also be turned to the right or to the left to change the illuminated position of the light of illuminating body.

The object of the present invention is carried out in the following way:

A modified head magnifying glass, wherein more than one clamps are set up on the bottom of the fixer of head magnifying glass for clamping the tenons stretching out from the top of magnifying plate; a pivoting seat is established on the top of said fixer and a revolving bracket on the bottom of an illuminating body is pivoted at said pivoting seat to allow illuminating body to adjust its depression and/or elevation angle by turning the revolving bracket in the pivoting seat.

The clamps on the bottom of said fixer face each other in pairs, and the number of tenons on the top of magnifying plate matches that of clamps facing each other.

Several slide-resistant strips are attached to the surface of the revolving bracket of said illuminating body and an arc-shaped stopper is made under the bottom of the pivoting seat to allow the illuminating body to be fixed at an inclined angle by utilizing the friction between the slide-resistant strips and the arc-shaped stopper.

Said illuminating body is combined with the top of revolving bracket by means of pivoting connection so that it is able to turn to the left or to the right. The advantageous effect brought about by the above technical scheme is apparent: As said magnifying plate can be fixed on the fixer by the method of clamping, users will replace magnifying plates of different magnification according to their needs; besides, replacement is made very easy and when user does not need to use the magnifying plate, it can be turned up to depart from the user's sight by revolving the stretching tenons clamped by the clamps. Further more, said illuminating body able to adjust its depression and elevation angle is possible to adjust its illumination depression and/or elevation angle to allow light to irradiate upon the processing

6,116,729

**3**

point directly so that various operation convenience and practical effect are realized.

### BRIEF DESCRIPTION OF THE DRAWINGS

1. FIG. 1 is a schematic background showing the 3-dimentional view of a conventional head magnifying glass;

2. FIG. 2 is a schematic diagram of a conventional head magnifying glass;

3. FIG. 3 is a 3-dimentional exploded diagram of the present invention;

4. FIG. 4 is a schematic diagram showing the combination of the present invention;

5. FIG. 5 is a schematic diagram showing the adjustment of magnifying plates of the present invention; and

6. FIG. 6 is a schematic diagram showing the adjustment of the depression angle and elevation angle of illuminating body of the present invention.

Denotation of Marking Numbers:

Conventional head magnify glass part:
10-head magnifying glass
20-fixer
201-slot
202-buttoning seat
40-movable plate
30-magnifying plate
60-illuminating body
401-magnifying plate
50-magnifying plate
The present invention part:
1-head magnifying glass
2-fixer
21-clamp
22-pivoting seat
221-stopper
3-magnifying plate
31-tenon
4-illuminating body
41-revolving bracket
441-slide-resistant strip

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Now the present invention will be clarified in detail by embodiments thereof shown in the attached drawings.

In the FIGS. 3 and 4, more than one set of clamps 21 facing each other in pairs are set up under the bottom of the fixer 2 of head magnifying glass 1 to allow the tenons 31 stretching out from the top of magnifying plate 3 to be clamped in them; a pivoting seat 22 is built above the fixer 2 and said pivoting seat 22 is connected by pivoting with a revolving bracket 41 revolving in the pivoting seat 22. Besides, several slide-resistant strips 411 are attached to the surface of revolving bracket 41 beneath the bottom of illuminating body 4 and an arc-shaped stopper 211 conforming the arrangement of said slide-resistant strips 441 is built under the bottom of pivoting seat 22 to allow illuminating body 4 to stay at a certain angle by means of the friction between slide-resistant strips 441 and arc-shaped stopper 221. In the above construction, said illuminating body 4 is combined with the top of revolving bracket 41 by pivoting to enable said illuminating body 4 to turn to the left or to the right.

In FIG. 5 said magnifying plate 3 is clamped up in clamps 21 by its tenons 31, hence said tenons clamped up in clamps

**4**

21 will turn up simultaneously with the turning up of magnifying plate 3 so that the magnifying plate 3 will depart from user's sight while it is not in use, and thus the convenience of use for the user of whether the work piece is needed to be magnified or not is provided. Moreover, as said magnifying plate 3 is fixed by clamping tenons 31 in clamps 21, the user is able to take apart the original magnifying plate 3 and replace it with another magnifying plate 3 of different magnification, or it is also possible to put in order two magnifying plates 3 and 3', one before the other in the corresponding positions in clamps 21 to compose the magnification of both of them so that user can adjust the magnification arbitrarily.

In FIG. 6, in the course of processing, if the user needs auxiliary light to irradiate upon the processing article, to facilitate processing, he just needs to switch on the illuminating body, and if the distance of illumination is needed to be adjusted, he can turn the illuminating body 4 to make it rotate by utilizing revolving bracket 41 rotating in pivoting seat 22, and meanwhile, by utilizing the friction between stopper 221 of pivoting seat 22 and the slide-resistant strips 441 of revolving bracket 41, the revolving bracket 41 can be made stay at a certain inclined angle, to change the irradiating position so as to achieve the goal of exact illumination onto the processing article.

Take the advantage of the above, the present invention creates beneficial results as follows:

1. As magnifying plate is fixed in the clamping seat by the method of clamping, when the user wants to replace the original magnifying plate with another one of different magnification, he only needs to take apart the original one so replacement is made very easy. Besides, by utilizing 2 magnifying plates placed one before the other, magnification will be the composition of that of the two, and the object of arbitrarily adjusting magnification is thus achieved.

2. Secondly, as the tenons of magnifying plate clamped the clamps can rotate, when there is no need to use the magnifying plate, the user will turn it up and it will then depart from the user's visual range, and conversely, the magnifying plate can be turned down to return to its original position.

3. Furthermore, as the magnifying plate is fixed with the tenons on its top clamped by the clamps beneath the fixer, its side edges appear to be suspending state, which allows wider visual scope of magnifying plate as well as better stereoscopic visual sense.

4. Since the revolving bracket on the bottom of said illuminating body can rotate in the pivoting seat, the angle of depression and/or elevation of illuminating body can be adjusted to change the illuminated part of working article to achieve the object of exact illumination upon the processing part of work piece.

5. In addition, as the illuminating body can also make left or right turning by utilizing the pivoting connection with the top of revolving bracket, the brightness of its light can be adjusted on the left or right side.

To sum up, the present invention possesses the above-mentioned advantages compared with conventional construction, it is thereby that the inventor applies for a patent for the present invention.

I claim:

1. A head magnifying glass comprising:

a fixer with an upper surface and a bottom surface, the fixer having more than one clamps on the bottom surface thereof;

a magnifying plate having tenons stretching out from top portion of the magnifying plate for engaging with the clamps so as to connect the magnifying plate to the fixer;

6,116,729

**5**

a pivoting seat on the upper surface of the fixer;

an illuminating body connected to the pivoting seat in such a way that the illuminating body is able to rotate around a first axis.

2. The head magnifying glass according to claim 1, wherein the first axis is substantially parallel with the upper surface of the fixer.

3. The head magnifying glass according to claim 1, wherein the clamps on the bottom surface of said fixer face each other in pairs, and the number of tenons on the top portion of the magnifying plate matches that of the corresponding clamps.

4. The head magnifying glass according claim 1, further comprising a revolving bracket having a first end and a second end, wherein the first end is pivotally connected to the pivoting seat and the second end is coupled to the illuminating body.

5. The head magnifying glass according claim 4, wherein at least one slide-resistant strip is provided on surface of the revolving bracket at the first end and an arc-shaped stopper is provided on the pivoting seat to allow the revolving bracket to fix the illuminating body at a proper position by means of friction between the slide-resistant strip and the arc-shaped stopper.

6. The head magnifying glass according to claim 4, wherein the illuminating body is pivotally connected with

**6**

the second end of the revolving bracket, allowing the illuminating body to turn around a second axis.

7. The head magnifying glass according to claim 6, wherein the second axis is substantially perpendicular to the first axis.

8. A head magnifying glass comprising:

a sheet-shaped fixer having a first connecting means on a bottom surface of the sheet-shaped fixer;

a magnifying plate having a second connecting means on a top portion of the magnifying plate for engaging with the first connecting means so as to pivotally and removably connect the magnifying plate to the sheet-shaped fixer;

a third connecting means on the upper surface of the sheet-shaped fixer;

an illuminating body pivotally attached to the upper surface of the sheet-shaped fixer through the third connecting means so that the illuminating body is able to rotate around a first axis substantially parallel with the upper surface of the sheet-shaped fixer.

9. The head magnifying glass according to claim 8, wherein the illuminating body is structured so as to be able to rotate around a second axis substantially perpendicular to the first axis.

\*    \*    \*    \*    \*

B



C

US006215601B1

(12) **United States Patent**

Huang

(10) Patent No.: **US 6,215,601 B1**

(45) Date of Patent: **Apr. 10, 2001**

(54) **HEAD BELT OF HEAD MAGNIFYING GLASS**

(75) Inventor: **Tsung-Hui Huang**, Tai Ping (TW)

(73) Assignee: **GEM Optical Co., Ltd.**, Taichung (TW)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/376,595**

(22) Filed: **Aug. 18, 1999**

(30)     **Foreign Application Priority Data**

Sep. 28, 1998   (CN) ........................................... 98 2 07451.4

(51) Int. Cl.[7] ............................. G02B 27/02; A41D 13/00
(52) U.S. Cl. ................................................. 359/802; 2/417
(58) Field of Search .................................. 359/802, 809,
359/810, 811, 818, 822, 829, 830; 2/6.3,
410, 417, 418, 419, 452, 453, 10, 15; 24/17 A,
3.13, 30.5 P, 188, 170, 190

(56)          **References Cited**

U.S. PATENT DOCUMENTS

5,431,365  *  7/1995  Feng ...................................... 248/683

5,467,508  * 11/1995  Feng ...................................... 24/68 SK
5,844,656  * 12/1998  Ronzani et al. ...................... 351/158
6,116,729  *  9/2000  Huang ................................... 351/41

* cited by examiner

*Primary Examiner*—Georgia Epps
*Assistant Examiner*—Saeed Seyrafi
(74) *Attorney, Agent, or Firm*—Jiawei Huang; J C Patents

(57)          **ABSTRACT**

A head belt of head magnifying glass includes a first and a second head belt set up at both sides of the fixer of magnifying glass. More than one buttoning holes are made on the first head belt vertically. A buttoning seat stretches out from the second head belt. A vacancy forms between said buttoning seat and the second head belt. A through hole is made at the inner and of the buttoning seat and a movable plate is fixed on the buttoning seat. The movable plate is pivoted by its both sides at near the middle part of the lateral sides of buttoning seat. A clamping key is established at the end where the movable plate corresponds with the through hole of buttoning seat and a spring plate is built at the other end. It is easy adjustable by inserting the first bead belt in the above mentioned vacancy and buttoning up the clamping key with the buttoning hole and durableness of head belt is thus achieved.

**4 Claims, 7 Drawing Sheets**



Case 2:12-cv-01169-GRB   Document 1   Filed 03/09/12   Page 30 of 72 PageID #: 30



*F i g . 1*
*PRIOR ART*

**U.S. Patent**    Apr. 10, 2001    Sheet 2 of 7    US 6,215,601 B1



*Fig. 2*

Case 2:12-cv-01169-GRB   Document 1   Filed 03/09/12   Page 32 of 72 PageID #: 32



Fig·3

Case 2:12-cv-01169-GRB   Document 1   Filed 03/09/12   Page 33 of 72 PageID #: 33



Fig·4



Fig. 5



*Fig. 6*

Case 2:12-cv-01169-GRB   Document 1   Filed 03/09/12   Page 36 of 72 PageID #: 36



Fig. 7

US 6,215,601 B1

1

# HEAD BELT OF HEAD MAGNIFYING GLASS

## BACKGROUND OF THE INVENTION

The present invention relates to a head belt of head magnifying glass, and more particularly to an easy adjustable and more durable head belt construction.

With the quick development of industries in recent years, every industry gradually tends to the practical development of reducing volume and enabling all-around functions of products. Almost any industry such as precise electronic industry, precise mould manufacturing industry, seal caving industry, composing and typing industry, precise spring, etc., all develops towards said direction without exception. In the course of manufacturing of those precise industries workers have to use head magnifying glass to magnify work piece for easy processing. FIG. 1 shows a conventional head magnifying glass 10. A first head belt 20 and a second head belt 30 stretch backward from each side of fixer 102 for fixing magnifying glass 101, respectively. A female sticking belt 201 is sewed up on the inner side of the first head belt 20, while a male sticking belt 301 is sewed up on the outer side of the second head belt 30. When the male sticking belt 301 is made stick to the female sticking belt 201, the first head belt 20 and the second head belt 30 get fixed together, forming a ring putting fast on the user's head and enabling him to process the work piece which is magnified by the magnifying glass 101 on fixer 102. However, because of the different sizes of heads of users as well as sticking up and/or coming off of male sticking belt 301 and female sticking belt 201 while putting on and/or taking off the magnifying glass, villus on male sticking belt 301 and female sticking belt 201 will come off and become less through repeated use, leading to low sticking effect. As a result, the first head belt 20 and the second head belt 30 can not be combined closely and thus lose their effect. For this, the user has to get a new head belt for replacement, and surely, this is disadvantageous in use.

## SUMMARY OF THE INVENTION

The major object of the invention is to provide a modified head belt of head magnifying glass to resolve the problem stated above. A movable plate is set up on the buttoning hole made on the first head belt. It separates from the buttoning hole due to lever movement while pressing its one end, and it remains buttoned up well with the buttoning hole when it is not pressed down. After repeated operation of combining and separating the movable plate and buttoning hole, nice buttoning is still kept so that convenient adjustment and longer duration of head belt are achieved.

The object of the invention is carried out by providing a head belt of head magnifying glass, wherein a first head belt and a second head belt stretch backward from each side of the fixer of head magnifying glass respectively.

More than one vertical buttoning holes are made at certain space along said first head belt.

A stretching out buttoning seat is set up at certain place of said second head belt with a vacancy formed between said buttoning seat and the second head belt; a through hole is made at the inner end of buttoning seat and a movable plate is fixed on the buttoning seat; said movable plate is pivoted by the part near the middle of each side of buttoning seat; a clamping key is established at one end of the movable plate corresponding the through hole of the buttoning seat and a spring plate is set up at the other end of the movable plate.

This allows the first head belt to be inserted into the vacancy between the second head belt and the buttoning seat, and by utilizing the clamping key of the movable plate

2

penetrating the through hole of the buttoning seat to button up in the buttoning hole of the first head belt, the first and second head belts are closely combined. As said movable plate is pivoted at the buttoning seat, when its outer end is pressed down, it is able to revolve with the pivoted part as its fulcrum to have the end where the clamping key is placed rise so that the clamping key separates from the buttoning hole of the first head belt so as to allow the first head belt to adjust its position along the second head belt or separate from the second head belt. Thus the object of easy adjustment and durable effect is acquired.

There is a binding sleeve on the second head belt used to bind the end of the first head belt.

A pivot axle is built on each side of the movable plate near its middle and said pivot axle is inserted in the pivot hole on each side of the buttoning seat to make the movable plate combined with the buttoning seat

Said first head belt and said second head belt are respectively pivoted at the end of one of the two sides of the fixer of head magnifying glass.

The beneficial effect of adopting the above-mentioned technical scheme is apparent: Since said head magnifying is in the shape of a ring by buttoning up the first and second head belts, it allows adjusting the size of combined ring according to the needs of users and/or separating them from each other. Besides, as the first and second head belts of said head belt are inked linked together by means of a buttoning movable plate, such construction will keep very nice buttoning effect after many times of separating and buttoning. So that the efficacy of elongating the duration of use of the head belt is achieved.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view showing a conventional head magnifying glass;

FIG. 2 is an exploded view of the present invention;

FIG. 3 is a top view of the head magnifying glass showing the composition view of the invention;

FIG. 4 is a side view of the head magnifying glass showing the use of the invention;

FIG. 5 is a top view of the head magnifying glass showing the operation of the invention;

FIG. 6 is a top view of the head magnifying glass showing the operation of the invention;

FIG. 7 is a top view of the head magnifying glass showing the operation of the invention;

---

### DENOTATION OF MARKING NUMBERS:

Conventional head magnifying glass part:

| | |
|---|---|
| 10-head magnifying glass | 101-magnifying glass |
| 102-fixer | 20-the first head belt |
| 201-female sticking belt | 30-the second head belt |
| 301-male sticking belt | |

The present invention part:

| | |
|---|---|
| 1-head magnifying glass | 2-the first head belt |
| 21-buttoning hole | 11-fixer |
| 31-binding sleeve | 3-the second head belt |
| 41-pivot hole | 4-buttoning seat |
| 5-vacancy | 42-through hole |
| 61-pivot axle | 6-movable plate |
| 63-spring plate | 62-lamping key |

---

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Now the present invention will be described in detail by embodiments thereof shown in the attached drawings.

US 6,215,601 B1

3

In FIG. 2, a first head belt 2 and a second head belt 3 are set up respectively on the backward end of one of the two sides of fixer 11 of head magnifying glass 1 of the invention. Said first head belt 2 is pivoted at the end of one side of the fixer 11 of head magnifying glass and more than one vertical buttoning holes 21 are made at certain space on said first head belt 2. Said second head belt is pivoted at the end of the other side of fixer 11 of head magnifying glass and a buttoning seat 4 stretches out from proper part of the end to leave a vacancy 5 (See FIG. 3) formed between said buttoning seat 4 and the second head belt 3; a pivot hole 41 is made at the middle of each side of buttoning seat 4 and a through hole 42 is set up at the inner end of buttoning seat 4. Besides, on said buttoning seat 4 is fixed a movable plate 6 and on each side of said movable plate 6 corresponding pivot hole 41 of buttoning seat 4 is set up a pivot axle 61 respectively. A clamping key 62 is established on the end of movable plate 6 corresponding to through hole 42 of buttoning seat 4 and on the other end of the movable plate 6 is set up a spring plate 63. Again, there is a binding sleeve 31 on said second head belt 3 to bind the end of the first head belt while buttoning up with the second head belt.

In FIG. 3, while assembling, pivot axle 61 is put into the pivot hole 41 of buttoning seat 4 to enable movable plate 6 to conduct a lever movement with said pivot axle 61 as fulcrum. When the end of movable plate 6, where spring plate 63 is set up, is pressed, one end of movable plate 6 moves downward by the pressure of spring plate 63 and the other end, where clamping key 62 is placed, turns upwards due to the lever movement. Whereas, when the end, where spring plate 63 lies, is not pressed, the other end, where there is spring plate 63, returns to its normal position by utilizing release of elasticity of spring plate 63, and at this time, the other end, where clamping key 62 exists, of movable plate 6 moves downward to achieve the object of the lever movement.

In FIG. 4, when the first head belt 2 is inserted in the vacancy 5 between the second head belt 3 and buttoning seat 4, by utilizing buttoning up clamping key 62 of movable plate 6 and buttoning hole 21 of the first head belt 2, the first head belt 2 and the second head belt 3 are combined to form a ring for sleeving user's head 12. It is seen from FIG. 5 that in order to adjust the size of ring formed by the first head belt 2 and second head belt 3 to fit user's head, the end with spring plate 63 of said movable plate 6 is pressed down to allow movable plate 6 to conduct a lever movement to turn up the other end with clamping key 62 so that the clamping key 62 will be disengaged from the buttoning hole 21 of the first head belt 2. In FIG. 6, it is seen, after having been disengaged from buttoning by movable plate 6 of the second head belt 3, the first head belt 2 is able to move freely in vacancy 5 to form an intended ring size by adjusting its combining position with the second head belt 3 or to be pulled out from vacancy 5. It is seen from FIG. 7 that when

4

the first head belt 2 is adjusted to the proper position in vacancy 5, the user no longer presses on the end with spring plate 63 of movable plate 6 to allow said end of movable plate 6 to move upwards by means of the elasticity of spring plate 63, and meanwhile, movable plate 6 conducts lever movement to drive the other end with clamping key 62 to move downward to have it penetrate the through hole 42 of buttoning seat 4 and button in the buttoning hole 21 of the first head belt 2 so as to attain the object of adjusting the head ring size and/or combining or separating the two head belts.

To sum up, owing to the fact that the head belt of conventional head magnifying glass is stuck up by sticking belts, through times of coming off and sticking up in use, the sticking effect between female and male sticking belts will turn worse and even lose stickness, and as a result, the ring size of head belt can not be fixed so that the effect of usage will finally lose. Nevertheless, buttoning method is used in the present invention so it will keep nice buttoning effect after many times of separating and buttoning up in use. The head belt will be more durable for use and improve realistic effect compared with conventional ones.

I claim:

1. A head belt for a head magnifying glass, wherein the head magnifying glass has a fixer with a first end and a second end, the head belt comprising:

   a first head belt coupled to the first end of the fixer;

   a second head belt coupled to the second end of the fixer, wherein more than one vertical buttoning holes are formed on the first head belt;

   only one buttoning seat coupled to the second head belt and forming a vacancy between the buttoning seat and the second head belt, wherein a through hole is formed in the buttoning seat;

   a movable plate pivotally coupled to the buttoning seat, wherein a clamping key is set up at one end of the movable plate for engaging with the through hole of the buttoning seat, and a spring plate is established at the other end of the movable plate.

2. The head belt according to claim 1, wherein there is a binding sleeve on the second head belt used to bind up the first head belt.

3. The head belt according to claim 1, wherein there is a pivot axle at a middle portion of the movable plate, and the pivot axle is put in a pivoting hole on a lateral side of the buttoning seat to pivotally connect the movable plate with the buttoning seat.

4. The head belt according to claim 1, wherein the first belt and the second, head belt are pivotally connected to the first end and the second end of the fixer of the head magnifying glass, respectively.

*   *   *   *   *

D

US00D483779S

(12) **United States Design Patent**
Huang

(10) Patent No.: **US D483,779 S**
(45) Date of Patent: ** **Dec. 16, 2003**

(54) **MAGNIFYING DEVICE WORN AROUND THE HEAD**

(75) Inventor: **Tsung Hui Huang**, Tai Ping (TW)

(73) Assignee: **Gem Optical Co., Ltd.**, Taichung Hsien (TW)

(**) Term: **14 Years**

(21) Appl. No.: **29/174,547**

(22) Filed: **Jan. 22, 2003**

(51) LOC (7) Cl. .................................. **16-06**
(52) U.S. Cl. .................................... **D16/135**
(58) Field of Search ............................ D16/130, 135, D16/136, 310, 31, 340; D29/100, 103, 104; 2/8, 9, 10, 11, 12, 15, 422, 439; 362/105, 106; D26/38, 39; 359/808, 809, 810, 812, 815; D14/135, 372

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,087,049 A | * | 4/1963 | Schecter | 362/105 |
| 3,572,931 A | * | 3/1971 | Adler | 2/15 X |
| D300,476 S | * | 3/1989 | Sestak | D16/309 |
| D327,491 S | * | 6/1992 | Chandler | D16/135 |
| D359,060 S | * | 6/1995 | Sherlock et al. | D16/135 |
| 5,667,292 A | * | 9/1997 | Sabalvaro, Jr. | 362/106 |
| D389,826 S | * | 1/1998 | Cousins | D14/135 |
| D430,887 S | * | 9/2000 | Goff et al. | D16/135 |
| D458,287 S | * | 6/2002 | Huang | D16/135 |

* cited by examiner

*Primary Examiner*—Paula A. Mortimer
(74) *Attorney, Agent, or Firm*—Dennison, Schultz & Dougherty

(57) **CLAIM**

The ornamental design for a magnifying device worn around the head, as shown and described.

**DESCRIPTION**

FIG. 1 shows a perspective view of the present design;
FIG. 2 shows a front elevational view of the present design;
FIG. 3 shows a rear elevational view of the present design;
FIG. 4 shows a left elevational view of the present design;
FIG. 5 shows a right elevational view of the present design;
FIG. 6 shows a top plan view of the present design; and,
FIG. 7 shows a bottom plan view of the present design.

**1 Claim, 7 Drawing Sheets**





# Fig · 1

Case 2:12-cv-01169-GRB   Document 1   Filed 03/09/12   Page 42 of 72 PageID #: 42



# Fig • 2



# Fig • 3

Case 2:12-cv-01169-GRB   Document 1   Filed 03/09/12   Page 44 of 72 PageID #: 44



# Fig · 4

Case 2:12-cv-01169-GRB   Document 1   Filed 03/09/12   Page 45 of 72 PageID #: 45



# Fig • 5

Case 2:12-cv-01169-GRB   Document 1   Filed 03/09/12   Page 46 of 72 PageID #: 46



# Fig · 6

Case 2:12-cv-01169-GRB   Document 1   Filed 03/09/12   Page 47 of 72 PageID #: 47



# Fig · 7

E

US007281826B2

## (12) United States Patent
Huang

(10) Patent No.: **US 7,281,826 B2**

(45) Date of Patent: **Oct. 16, 2007**

(54) **HEADBAND WITH MAGNIFYING LENS AND DETACHABLE LIGHT**

(75) Inventor: **Tsung Hui Huang**, Tai Ping (TW)

(73) Assignee: **Gem Optical Co., Ltd.**, Taiping (TW)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 18 days.

(21) Appl. No.: **10/350,072**

(22) Filed: **Jan. 24, 2003**

(65) **Prior Publication Data**

US 2004/0145887 A1 Jul. 29, 2004

(51) **Int. Cl.**
*F21V 21/00* (2006.01)
*F21V 21/08* (2006.01)

(52) **U.S. Cl.** ...................... **362/398**; 362/190; 362/191; 362/197; 362/199; 362/106; 362/427

(58) **Field of Classification Search** ................ 362/398, 362/190, 191, 197, 199, 427, 105, 106
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,008,040 A * 11/1961 Moore ......................... 362/105

| | | | | |
|---|---|---|---|---|
| 3,087,049 A | * | 4/1963 | Schecter | 362/105 |
| 4,321,660 A | * | 3/1982 | Sokol | 362/368 |
| 5,357,409 A | * | 10/1994 | Glatt | 362/105 |
| 6,601,969 B2 | * | 8/2003 | Barton | 362/155 |
| 2003/0086257 A1 | * | 5/2003 | Lehrer | 362/105 |

* cited by examiner

*Primary Examiner*—Thomas M. Sember
*Assistant Examiner*—Jacob Y. Choi
(74) *Attorney, Agent, or Firm*—Lowe Hauptman & Berner, LLP

(57) **ABSTRACT**

A headband comprises a magnifying lens and a detachable assembly comprising a battery compartment received in a well and including a top recessed member, a ridge in the recessed member, a bottom magnet magnetically connected to the well, and a bottom cover; illumination means including a cavity inside a bottom recess; and connection means including a hollow T-shaped post including a top pivot member, a bottom pivot member having a peripheral groove, and two rounded projections at both sides of the top pivot member for pivotably coupling to the cavity; and a hollow, parallelepiped base including an interior peripheral protrusion matingly coupled to the groove, two opposite side pins pivotably coupled to the recessed member, and a bottom toothed member matingly, pivotably coupled to the ridge. The assembly can be detached by inserting a pointed object into a through hole on the well to disengage the magnet from the well.

**2 Claims, 10 Drawing Sheets**





**Fig • 1**
PRIOR ART

Case 2:12-cv-01169-GRB   Document 1   Filed 03/09/12   Page 51 of 72 PageID #: 51



# Fig • 2

Case 2:12-cv-01169-GRB   Document 1   Filed 03/09/12   Page 52 of 72 PageID #: 52



# Fig · 3

Case 2:12-cv-01169-GRB   Document 1   Filed 03/09/12   Page 53 of 72 PageID #: 53



# Fig · 4

Case 2:12-cv-01169-GRB   Document 1   Filed 03/09/12   Page 54 of 72 PageID #: 54



# Fig · 5



**Fig · 6**



Fig · 7

Case 2:12-cv-01169-GRB   Document 1   Filed 03/09/12   Page 57 of 72 PageID #: 57



# Fig · 8



# Fig • 9



# Fig · 1 0

US 7,281,826 B2

**1**

## HEADBAND WITH MAGNIFYING LENS AND DETACHABLE LIGHT

### FIELD OF THE INVENTION

The present invention relates to a headband with magnifying lens and light, and more particularly to a headband with a magnifying lens and a detachable, pivotal light.

### BACKGROUND OF THE INVENTION

A conventional headband 1 is shown in FIG. 1. The headband 1 comprises a magnifying lens 2 hingedly coupled to a front end and an illumination assembly 3 pivotably coupled to a top front portion. However, the prior art suffered from several disadvantages. For example, a pivotal angle of the illumination assembly 3 in either horizontal or vertical direction is very limited. Further, the illumination assembly 3 is integrally formed with the headband 1, i.e., undetachable. Hence, an illumination on a working position is not possible if the headband 1 is taken off from the head. This can cause inconvenience while working. Hence, a need for improvement exists.

### SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide a headband comprising a front well having a bottom through hole and a magnetic member on a bottom; a magnifying lens hingedly coupled to a front end; and a detachable assembly comprising: a battery compartment received in the well, the battery compartment including one or more cells, a top recessed member, a ridge in the recessed member, a bottom slotted member, a magnet in the slotted section for magnetically connecting to the magnetic member, and a bottom cover; illumination means including a LED lamp, an on/off switch, an arcuate bottom recess, and a cavity inside the bottom recess; and connection means including a hollow T-shaped post including a top pivot member, a bottom pivot member having a peripheral groove, and two rounded projections at both sides of the top pivot member for pivotably coupling to the cavity; and a hollow, parallelepiped base including an interior peripheral protrusion matingly coupled to the groove, two opposite side pins pivotably coupled to the recessed member, a bottom toothed member matingly, pivotably coupled to the ridge, and electric wires for electrically coupling the cells to the illumination means; wherein in an operation of detaching the detachable assembly, insert a pointed object into the hole to push the battery compartment upward for disengaging the magnet from the magnetic member.

In one aspect of the present invention the post further comprises an indentation proximate the bottom pivot member and the base further comprises a peripheral flange on an interior surface so as to limit pivot angles of the post and the illumination means by causing the flange to contact the indentation during pivoting.

The above and other objects, features and advantages of the present invention will become apparent from the following detailed description taken with the accompanying drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a conventional headband with a magnifying lens and an undetachable illumination assembly;

FIG. 2 is a perspective view of a headband with a magnifying lens and a detachable illumination assembly according to the invention;

**2**

FIG. 3 is a view similar to FIG. 2 with battery compartment, illumination assembly, and connection assembly broken apart;

FIG. 4 is a view similar to FIG. 3 with the battery compartment, the illumination assembly, and the connection assembly assembled;

FIG. 5 is a cross-sectional view showing the battery compartment, the illumination assembly, and the connection assembly mounted on a top front portion of the headband;

FIG. 6 is a view similar to FIG. 5 showing a pivotal operation of the connection assembly;

FIG. 7 is a view similar to FIG. 6 showing a pivotal operation of the illumination assembly;

FIG. 8 is a perspective view showing an about 90 degrees pivotal operation of the illumination assembly;

FIG. 9 is a perspective view showing the detached illumination assembly placed on a flat surface; and

FIG. 10 is a view similar to FIG. 9 showing the detached illumination assembly mounted on a wall.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to FIGS. 2, 3, 4, and 5, there is shown a headband device 10 constructed in accordance with the invention comprising a battery compartment 20, an illumination assembly 30, a connection assembly 40, a magnifying lens 50 hingedly coupled to a front end and a headband unit 60. A front well 11 for receiving the battery compartment 20 and a hole 12 on the bottom of the well 11 in communication with the underside of the headband device 10 are formed. In addition to the well 11 and the hole 12, the characteristics of the invention are the battery compartment 20, the illumination assembly 30, and the connection assembly 40 which will be described in detail below.

The battery compartment 20 is shaped to conform with the well 11 and comprises one or more cells (not shown), a top recessed member 21 pivotably coupled to the connection assembly 40, a ridge 22 in the recessed member 21, a slotted section 23 on the bottom, a magnet 24 mounted in the slotted section 23 for magnetically connecting to an iron or steel member (not shown) on the bottom of the well 11, and a bottom cover 25. The illumination assembly 30 comprises a LED (light-emitting diode) lamp 31, an on/off switch 32 on the top, and a cavity 33 inside an arcuate bottom recess 33' pivotably coupled to the connection assembly 40. The connection assembly 40 comprises a base 42 and a hollow T-shaped post 41 having a top pivot member 411 and a bottom pivot member 412 in which two rounded projections are formed at both sides of the top pivot member 411 for pivotably coupling to the cavity 33 and the bottom pivot member 412 comprises a peripheral groove 4121. The base 42 is a parallelepiped and comprises an interior peripheral protrusion 421 matingly coupled to the groove 4121, two pins 422 on opposite sides pivotably coupled to the recessed member 21, and a toothed member 423 on the bottom matingly, pivotably coupled to the ridge 22. The connection assembly 40 and the illumination assembly 30 further comprise a channel 43 in communication with inside of the base 42 and a passage 34 in communication with the channel 43 respectively so that electric wires (not shown) may be connected from the cells in the battery compartment 20 to the illumination assembly 30 via the channel 43 and the passage 34. As an end, a power on operation of the headband device 10 will enable the illumination assembly 30 to emit light.

US 7,281,826 B2

3

The post 41 is permitted to pivot about 360 degrees with respect to the base 42. However, for avoiding the operation of the illumination assembly 30 from being adversely affected by such large angle pivot of the post 41, the pivot angle of the post 41 should be limited. Preferably, a lower portion of the post 41 adjacent the bottom pivot member 412 is suitably cut around the surface to form an indentation 413. Further, a peripheral flange 424 is formed on the interior surface of the base 42. Hence, the pivot angle of the post 41 is limited when the flange 424 is in contact with the indentation 413 during pivoting.

Referring to FIGS. 6, 7, and 8, pivotal operations of the illumination assembly 30 and the connection assembly 40 are illustrated. The illumination assembly 30 is permitted to pivot in either horizontal or vertical direction in a large angle with respect to the connection assembly 40 and thus the battery compartment 20 because as stated above, the toothed member 423 of the base 42 is matingly, pivotally coupled to the ridge 22 (see FIGS. 6 and 7). Further, as shown in FIG. 8 the illumination assembly 30 still can pivot about 90 degrees even the flange 424 may contact and be stopped by the indentation 413.

Referring to FIGS. 9 and 10 for detaching the assembly of the battery compartment 20, the illumination assembly 30, and the connection assembly 40, a user may insert a pointed object into the hole 12 to push the bottom of the battery compartment 20 upward until the magnet 24 is disengaged from the iron or steel member on the bottom of the well 11. The detached assembly of the battery compartment 20, the illumination assembly 30, and the connection assembly 40 may be placed on a flat surface (FIG. 9) or mounted on a wall (FIG. 10) as long as there is an iron or steel member provided thereon.

While the invention has been described by means of specific embodiments, numerous modifications and variations could be made thereto by those skilled in the art without departing from the scope and spirit of the invention set forth in the claims.

4

What is claimed is:

1. A headband comprising:

a front well having a bottom through hole and a magnetic member on a bottom;

a magnifying lens hingedly coupled to a front end of said headband; and

a detachable assembly comprising:

a battery compartment received in the well, the battery compartment including one or more cells, a top recessed member, a ridge in the top recessed member, a bottom slotted section, a magnet in the slotted section for magnetically connecting to a magnetic member, and a bottom cover;

an illumination assembly comprising a LED lamp operably connected to the battery compartment via an on/off switch, an arcuate bottom recess, and a cavity inside the bottom recess; and

a connection assembly comprising a hollow T-shaped post including a top pivot member at one end thereof and a bottom pivot member at an opposite end thereof and having a peripheral groove, and two rounded projections at both sides of the top pivot member for pivotably coupling to the cavity; and a hollow, parallelepiped base including an interior peripheral protrusion matingly coupled to the groove, two opposite side pins pivotably coupled to the recessed member, a bottom toothed member matingly, pivotably coupled to the ridge, and electrically connecting the cells to the illumination means;

wherein in an operation of detaching the detachable assembly, insert a pointed object into the hole to push the battery compartment upward for disengaging the magnet from the magnetic member.

2. The headband of claim 1, wherein the T-shaped post further comprises an indentation proximate the bottom pivot member and, further comprising a base having a peripheral flange on an interior surface so as to limit pivot angles of the post and the illumination means by causing the flange to contact the indentation during pivoting.

*   *   *   *   *

F



US00D613437S

(12) **United States Design Patent** (10) Patent No.: **US D613,437 S**
Chan (45) Date of Patent: ★★ **Apr. 6, 2010**

(54) **ILLUMINATING MAGNIFIER**

(75) Inventor: **Wai Hong Chan**, New Territories (HK)

(73) Assignee: **Sunrich Manufactory Ltd.**, Tuen Mun, New Territories (HK)

(**) Term: **14 Years**

(21) Appl. No.: **29/318,149**

(22) Filed: **May 14, 2008**

(51) **LOC (9) Cl.** .................................................. **26-02**
(52) **U.S. Cl.** ......................................... **D26/38; D26/51**
(58) **Field of Classification Search** ................ D26/38, D26/37, 46, 51; 362/157, 158, 183, 195, 362/196, 200–208; D16/135
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D196,452 | S | * | 10/1963 | Burlin ........................ D16/135 |
| 3,409,343 | A | * | 11/1968 | Walter ........................ 359/431 |
| D394,272 | S | * | 5/1998 | Hon ........................ D16/135 |
| D433,170 | S | * | 10/2000 | Chan ........................ D26/38 |
| D439,688 | S | * | 3/2001 | Suzuki ........................ D26/37 |
| D477,432 | S | * | 7/2003 | Parsons ........................ D26/37 |
| D489,384 | S | * | 5/2004 | Chan ........................ D16/135 |

| | | | | |
|---|---|---|---|---|
| D553,273 | S | * | 10/2007 | Jim ........................ D26/37 |
| D567,414 | S | * | 4/2008 | Schnell ........................ D26/37 |

* cited by examiner

*Primary Examiner*—Ian Simmons
*Assistant Examiner*—Carissa C Fitts
(74) *Attorney, Agent, or Firm*—Lackenbach Siegel, LLP; Andrew F. Young

(57) **CLAIM**

The ornamental design for an illuminating magnifier, as shown and described.

**DESCRIPTION**

FIG. 1 is a top plan view of an illuminating Magnifier, showing my new design;

FIG. 2 is a front view of thereof;

FIG. 3 is a left side view thereof;

FIG. 4 is a right side view thereof;

FIG. 5 is a rear view thereof; and,

FIG. 6 is a bottom view thereof.

The two dashed line regions shown in FIG. 6 are for illustration purposes only and form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



Case 2:12-cv-01169-GRB   Document 1   Filed 03/09/12   Page 64 of 72 PageID #: 64

FIG. 1





FIG. 2

*FIG. 3*





*FIG. 4*

*FIG. 5*



*FIG. 6*

G









**MG7615**
5" Dia. Acrylic Lens X 2x Power with 2-LED Light

**MG7715**
4" X 2" Rectangle 3x Power Illuminated Halogen Bulb (Need 2-C Batteries)

**MG7701**
3½" Dia. Deluxe Illuminated 3x Magnifier (Need 2-C Batteries)

**MG7711**
4¼" Dia Jumbo Illuminated Map Reader 2x (Need 2-C Batteries)

**MG7714**
Deluxe Illuminated 2x Power Magnifier (Need 4-AA)

**MG7717-L4**
3½" X 3½" Handheld 4 LED Magnifier 3x; Adjustable Angle Handle; (Need 2-AA)

**MG2711L**
10x Power X 1½" Dia. Lighted Magnifier (Need 2-C Batteries)

**MG846**
2¼" Dia. 5-4x Power Lighted Magnifier

**MP7858**
3½" Dia. X 2.5X Power Illuminated Magnifier, Power Crank Generating, Mobile Phone Charger

**MG751L**
2½" X 2½" Travel Magnifier 2x, 5x, Ruler, Compass

**MG7613**
3½" Dia. Aspheric Magnifier, 3x, 5x Power w/ LED Light

**MG7700**
3x Power X 3½" Dia. Desktop Illuminated Magnifier (Need 2-AA)

**MG935L**
3½" Collector's Illuminated Magnifier 5x (Need 2-AA)

**MP7564**
3" Round, 3x Illuminated, Turn Handle for ON/OFF (Need 2-AA)

**MG845**
2¾", 3x LED Light Magnifier (Need 3-AAA)

**MG842**
2" Dia. X Dual 3x, 5x Power Slim LED Magnifier

**MP7543**
2" X 4" Rectangle Illuminated Magnifier 2x, 4x (Need 2-AA)

**MG742**
4" X 2" Illuminated Rectangle Dual Power 2x, 6x (Need 2-AAA)

**MG920-LED**
10x Power Magnifier w/ LED Light for Repairing Clocks/Watches

**MP554-LED**
2¼" X 3½" Thin Card 3x Power LED Magnifier

**MG7541**
Rectangular Illuminated Magnifier 3x; 1¼" X ¾"; Case Size 2¼" X 3" (Need 2-AAA)

**MG7639**
1¾" X 1¾" Rectangle 3x & 6x Power Magnifier w/ LED Light

**MG7638**
1¼" X 1¼" Rectangle 4.5x Power Magnifier w/ LED Light

**MG7550-LED**
8x Power X 1" Dia. Illuminated Folding Magnifier

**MG7552-LED**
2" Dia. X 5x Power 2-LED Illuminated Folding Magnifier

• NEW LED • Bi... ILLUMINATED • POCKET DESKTOP •

**13**