**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
CARSON OPTICAL, INC.,

                Plaintiff,

                                            **SHORT ORDER**
        -against-                          12-CV-1169(ADS)(GRB)

HAWK IMPORTERS, INC., SHYAM BAHETI
and RAM BAHETI,

                Defendants.
----------------------------------------------------------X

     Pursuant to Administrative Order 2012-01 adopting all amendments to 50.2(c)(2), I request that this patent infringement action be reassigned to a patent pilot program judge.

**SO ORDERED.**
Dated: Central Islip, New York
March 22, 2012

                                                    /s/ Arthur D. Spatt
                                              ARTHUR D. SPATT
                                         United States District Judge